[No. 35032-3-I.   Division One.   April 29, 1996.]

*In the Matter of the Estate of* MICKY G. MCMURRY.

MICKI JO PALMER, ET AL., *Respondents*, v. DELINDA C.
MCMURRY, *Appellant*.

*In the Matter of the Marriage of* DELINDA C.
MCMURRY, *Appellant*, v. MICKY G. MCMURRY,
*Respondent*.

Appeal from a judgment of the Superior Court for What-
com County, No. 93-4-00228-2, Michael F. Moynihan, J.,
entered May 18, 1994. *Affirmed in part* and *reversed in*

*part* by unpublished opinion per Kennedy, J., concurred in by Baker, C.J., and Cox, J.